# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

EDWARD JOSEPH RITCHIE,

       Plaintiff,

v.                                    CASE NO.  4:14cv129-RH/CAS

NURSE A. PRICE,

       Defendant.

_____/

## <u>ORDER OF DISMISSAL</u>

This case is before the court on the magistrate judge's report and

recommendation, ECF No. 14.  No objections have been filed.

As noted in the report and recommendation, the plaintiff has at least three

"strikes" under 28 U.S.C. § 1915(g) and has not alleged that he is in imminent

danger of serious physical injury.  The plaintiff therefore cannot proceed *in forma*

*pauperis*.  He also failed to provide accurate information as required on the

complaint form.  Accordingly,

     IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.   The clerk must enter judgment stating, "The complaint is dismissed without prejudice."  The clerk must close the file.

SO ORDERED on January 23, 2015.

s/Robert L. Hinkle
United States District Judge